The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>           Plaintiff,              )<br>                                   )<br>           v.                      )<br>                                   )<br>                                   )<br>JACK PERSHING SEXTON, and          )<br>RONALD CLAUDE KETTELLS,            )<br>                                   )<br>           Defendants.             )<br>_____) | CASE NO. CR11-383RSL<br><br>ORDER TO EXTEND<br>PRE-TRIAL MOTIONS RESPONSE<br>FROM DECEMBER 21, 2012<br>TO JANUARY 4, 2013 |

THIS MATTER having come before the Court on the Unopposed Motion to Extend Pre-Trial Motions Response, the Court having reviewed the motion, and the records and files herein makes the following findings and enters the following order:

IT IS HEREBY ORDERED that the pretrial motions response date in this matter is continued from December 21, 2102 to January 4, 2013.

DATED this 20th day of December, 2012.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO EXTEND PTM MOTIONS RESPONSE
*U.S. v. Jack P. Sexton,* et al. / CR 11-383RSL — PAGE 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970