UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR11-383-RSL |
| Plaintiff, | **STIPULATED SETTLEMENT** |
| v. | **AGREEMENT** |
| JACK PERSHING SEXTON, and RONALD CLAUDE KETTELLS, | |
| Defendants, | |
| and | |
| CHRISTOPHER KOM, | |
| Third-Party Petitioner. | |

IT IS STIPULATED between Plaintiff, United States of America, by and through the undersigned counsel, and *pro se* Third Party Petitioner, Christopher Kom, to settle Petitioner Kom's claim of interest to the following property:

One Mossberg pistol-grip shotgun, bearing serial number T469627, (hereinafter referred to as the "Subject Firearm").

On June 21, 2013, this Court entered a Preliminary Orders of Forfeiture, Docket No. 164 and 166, in this matter forfeiting the interest of Defendants Jack Pershing Sexton and Ronald Claude Kettles in the Subject Firearm pursuant to the conviction of the Defendants to the offense of Using a Firearm During and in Relation to a Crime of

1 | Violence, as charged in Counts 4, 6, and 8 of the Superseding Indictment, in violation of
2 | Title 18, United States Code, Sections 924(c)(1)(A)(ii) and (C)(i), and 2, and based upon
3 | the evidence already admitted into the record at trial supporting the conviction of the
4 | Defendants. Docket No. 149.

5 |      Pursuant to Title 21, United States Code, Section 853(n), the United States
6 | published notice on an official government forfeiture website, currently
7 | www.forfeiture.gov for thirty (30) days beginning June 26, 2013. *See* Docket No. 210.
8 | In the publication the United States published notice of the Preliminary Order of
9 | Forfeiture and the intent of the United States to dispose of the property in accordance
10 | with law. This notice further stated that any person other than the defendant having or
11 | claiming an interest in the property was required to file a petition with the Court within
12 | sixty (60) days of the first date of publication, setting forth the nature of the petitioner's
13 | right, title, and interest in the property.

14 |      Following direct notice, Third Party Petitioner Christopher Kom filed a claim on
15 | April 20, 2018 to the Subject Firearm, in which he asserted his interest in the Subject
16 | Firearm, which he indicated had been stolen. *See* Docket No. 211.

17 |      No other person or entity has filed a petition asserting an interest in the Subject
18 | Firearm.

19 |      This Stipulated Settlement Agreement ("Agreement") is entered into between the
20 | parties pursuant to the following terms:

21 |      1.     This Agreement is for settlement purposes only and does not constitute an
22 | admission by Petitioner Kom of any knowledge or involvement of any kind in the events
23 | forming the basis for the Government's allegations of forfeiture.

24 |      2.     The parties to this Agreement stipulate that Petitioner Kom has an interest
25 | in the Subject Firearm as Petitioner Kom is the last known owner of the Subject Firearm.
26 | Law enforcement authorities later recovered the stolen Subject Firearm during the course
27 | of the Sexton/Kettles investigation. Therefore, the United States and Petitioner Kom
28 |

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | agree to settle Petitioner's claim by returning the stolen Subject Firearm to Petitioner
2 | Kom.

3 |      3.    Petitioner agrees to release and hold harmless the United States, the
4 | United States Department of Justice, and any and all agents, servants, and employees of
5 | the United States and its agencies, acting in their individual or official capacities, from
6 | any and all claims by Petitioner and/or his representatives, agents, heirs, successors, and
7 | assigns, which currently exist or which may arise as a result of the search and seizure of
8 | the Subject Firearm, and/or forfeiture action involving the Subject Firearm.

9 |      4.    Petitioner agrees that this Agreement shall constitute full settlement and
10 | satisfaction of any and all claims by Mr. Kom to the Subject Firearm resulting from the
11 | incidents or circumstances giving rise to this action.

12 |      5.    Petitioner understands and agrees that, by entering into this Agreement, he
13 | waives any right to litigate further any interest in the Subject Firearm, or any right to
14 | petition for remission or mitigation of its forfeiture.

15 |      6.    Petitioner understands and agrees that this Agreement does not make him a
16 | "prevailing party" in this action. Each party to this Agreement agrees to bear its own
17 | costs and attorney's fees.

18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

STIPULATED SETTLEMENT AGREEMENT
U.S. v. Sexton, CR11-383-RSL - 3

1       7.     The terms of this Agreement shall be subject to approval by the United

2 States District Court for the Western District of Washington, and the Court shall retain

3 such jurisdiction to enforce those terms.

4                                       Respectfully Submitted,

5                                       ANNETTE L. HAYES

6                                       United States Attorney

7 DATED:_____5/2/18_____       _/s/Francis Franze-Nakamura____

8                                       FRANCIS FRANZE-NAKAMURA

                                      Assistant United States Attorney

9                                       United States Attorney's Office

10                                       700 Stewart Street, Suite 5220

                                      Seattle, WA 98101-1271

11                                       Telephone: (206) 553-7970

12                                       E-mail: Francis.Franze-Nakamura@usdoj.gov

13

14 DATED:_____4/30/18_____       _/s/Christopher Kom_____

15                                       CHRISTOPHER KOM

16                                       Third Party Petitioner

17

18

19

20

21

22

23

24

25

26

27

28

# <u>ORDER</u>

Based upon the foregoing stipulation of the parties, this Stipulated Settlement Agreement is APPROVED.

DATED this __7ʰ__ day of May, 2018.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970