Judge Lasnik

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR11-383-RSL |
| Plaintiff, | |
| v. | **FINAL ORDER OF FORFEITURE** |
| JACK PERSHING SEXTON and RONALD CLAUDE KETTELLS, | |
| Defendants. | |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture for the following property:

1. A Hi-Point semi-automatic pistol, serial number P1358297 and associated ammunition.

The Court, having reviewed the record in this matter, FINDS:

On June 21, 2013, the Court entered a Preliminary Order of Forfeiture for each Defendant, finding the above-identified property, among other property, forfeitable pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) and forfeiting the Defendants' interest in it. Dkt. Nos. 164, 166;

Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.")

32.2(b)(6)(C), Dkt. No. 210, and also attempted to provide direct notice to four potential claimants pursuant to Fed. R. Crim. P. 32.2(b)(6)(A);

One claim was filed to one of the firearms and its associated ammunition; the government recognized that claim and returned that firearm and associated ammunition to the claimant. Dkt. Nos. 214, 216. No third party claim was filed for the above Hi-Point semi-automatic pistol, serial number P1358297 and associated ammunition, and the time for filing a claim has expired.

THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The United States Department of Justice, and/or its representatives, are authorized to dispose of the property in accordance with the law.

IT IS SO ORDERED.

DATED this 5th day of March, 2020.

THE HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Matthew H. Thomas*
MATTHEW H. THOMAS
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402-4383
Telephone: (253) 428-3800
Fax:             (253) 428-3826
E-mail: Matthew.H.Thomas@usdoj.gov